# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2479
LT Case No. 2018-CF-1388

———————————————

CLIFFORD MILLER,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

———————————————

3.800 Appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Clifford Miller, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

February 6, 2024

PER CURIAM.

 AFFIRMED.

MAKAR, JAY, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____